IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARVIN ALLAN WEBB, JR.,

    Plaintiff,

v.

DANE COUNTY JAIL,

    Defendant.

ORDER

Case No. 17-cv-681-bbc

On August 31, 2017, I entered an order directing plaintiff Marvin Allan Webb, Jr., to submit a certified trust fund account statement in support of his motion for leave to proceed without prepayment of the fee to the court no later than September 22, 2017. On September 20, 2017, the court received an inmate account statement from plaintiff that contained pages 1 and 6 of 9. This statement is insufficient to determine whether plaintiff qualifies for indigent status because it does not cover the full six-month period immediately preceding the filing of the complaint.

For this case to proceed, no later than October 12, 2017, plaintiff must submit a *complete* certified inmate account statement covering from approximately March 1, 2017 all the way up to and including August 31, 2017. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Marvin Allan Webb, Jr. may have until October 12, 2017 to submit a *complete* certified inmate account statement covering approximately March 1, 2017 up to and including approximately August 31, 2017. If, by October 12, 2017, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 20th day of September, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge